United States District Court
Southern District of Texas

**ENTERED**
May 05, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., ET AL. § | |
| § | |
| V. § | CIVIL ACTION NO. G-13-427 |
| § | |
| HOMESTEAD CLUB VENTURES, LLC § | |
| d/b/a Rose Country Club; § | |
| PATRICIA F. KUPRITZ § | |
| and HYLTON KUPRITZ, § | |
| INDIVIDUALLY § | |

## FINAL JUDGMENT

Having resolved all matters in controversy it is **ORDERED** and **ADJUDGED** that Plaintiffs, Broadcast Music, Inc., et al., **SHALL RECOVER** from Defendants, Homestead Club Ventures, LLC d/b/a Rose Country Club and Hylton Kupritz, jointly and severally, damages in the amount of $30,000.00 with interest thereon at the rate of .58%, together with attorney's fees in the amount of $16,444.00 and costs in the amount of $1,918.10.

**DONE** at Galveston, Texas, this    5th    day of May, 2016.

John R. Froeschner
United States Magistrate Judge